# EXHIBIT A

# The Liberty Premium Finance Program

Presented By:

HK

HK VENTURES

## Contents


- Program Overview 3
- Projected Benefits to Participants 5
- Illustration – 1 8
- Illustration – 2 9
- Illustration – 3 10
- Requirements for Participation 11
- Funds Flows Under the Program 13
- Risks to Participants 14
- Interest Rate Stress Analysis 16
- The Next Step 17
- Sample Illustration of Projected Benefits 18

## Program Overview

Liberty Premium Financing Program™ (the "Program") provides financing for the payment of life insurance premiums for eligible participants ("Participants") purchasing insurance on the life of eligible individuals ("Insureds"). The Program is ultimately financed by a global financial institution (the "Financial Institution"). The Program is designed to provide each Participant with a number of financing alternatives from which the Participant can choose. If a policyholder elects to finance the payment of premiums, policyholder may elect between the following categories:

- ❑ **Conventional Recourse Premium Financing** -- Financing premiums by pledging the life insurance policy and additional collateral, such as a letter of credit, U.S. Treasury Bonds or other marketable securities.
- ❑ **Liberty Premium Financing™** -- ("Liberty Financing") Financing premiums with the life insurance policy as the collateral provided by the Participant.

## Program Overview

If a policyholder chooses to finance premiums using Liberty Financing, the Participant will elect between two benefit options:

- ☐ Periodic Payment Option – The Participant receives (a) periodic payments beginning in the fourteenth month after the purchase of the policy until the earlier of a specified date or the policy's maturity, and (b) a net death benefit at the policy's maturity, determined after taking into account the Program financing costs, including the Maturity Date Payment. The sum of the periodic payments and the net death benefit (the "Total Participant Benefit") will be an individually determined amount, which may vary based on interest rates and increases in the cost of insurance implemented by the issuing life insurance company.

- ☐ Maturity Payment Option – The Participant receives a net death benefit at the maturity of the policy after taking into account the Program financing costs, including the Maturity Date Payment. This will be an individually determined amount, subject to any increase in interest rates and the cost of insurance implemented by the issuing life insurance company.

## Projected Benefits to Participants

The actual cash payable to a Participant will depend on a number of factors, including interest rate movements and cost of insurance. At inception, each Participant will be given a statement showing the projected costs based on a hypothetical model of future interest rates and cost of insurance. Financing interest rates and cost of insurance under the Program are not guaranteed and changes in interest rates or cost of insurance will affect the ultimate amount of cash payable to the Participant under the Program.

Outlined below is a sample case based upon the following assumptions:

- Insured is an 82 year old female
- Projected life expectancy age 90
- $10 million of universal life insurance to be financed
- $385,000 level annual premium to age 100 based on current life insurance carrier interest crediting and mortality experience

The interest and mortality components in this example are only for illustration and are likely to vary. Any changes in premium resulting from changes in these variables will alter program costs and benefits.

## Projected Benefits to Participants

Illustrations 1-3 (see below) depict funding alternatives for the policy based on the assumptions outlined on the previous page:

The first illustration depicts the expected benefits available to a policyholder that does not enter into a premium financing arrangement. This will provide the greatest net death benefit (death proceeds minus cumulative funding expenses) to the policyholder at life expectancy, but will also require the greatest cash expense to the policyholder, and generate the opportunity cost of using personal assets to pay premiums.

The second illustration depicts the expected benefits available to a policyholder in a conventional recourse premium financing where the policyholder borrows the annual premium and accrues a 5% interest cost (actual interest costs will vary) on those borrowed funds. This method of premium financing will require the policyholder to post collateral in an amount equal to the difference between the loan value and the cash surrender value of the insurance policy. Based on the example outlined above, the required collateral would be roughly $385,000 in year 1, increasing by an average of $240,000 per year. Although this method of premium financing yields less net death benefit at life expectancy than the non-borrowed cash payments (illustration 1), there would be no need for the policyholder to deplete the policyholder's cash reserves to fund the premiums. However, the policyholder would be required to provide substantial and increasing collateral, in addition to the policy over the course of the financing. Furthermore, the policyholder could lose that collateral if the policyholder failed to comply with the terms of the financing, and would effectively be locking personal assets beyond the policy into the recourse premium financing.

## Projected Benefits to Participants

The third illustration depicts the expected benefits available to a Participant in the Liberty Financing Program with periodic and back-end payments. In this example, the Participant chose annual cash payments of $57,000 plus a projected net death benefit, which is anticipated, but is not guaranteed, to increase over time. This program requires no cash outlay or collateral commitment from the Participant.

The Projected Benefits set forth in illustration 3 below are calculated on the basis of certain interest rate and cost of insurance assumptions. Projected Benefits are estimated based on a 1-month LIBOR forward rate curve. This forward curve approximates the expectations of financial institutions as to the LIBOR interest rates at various points in the future (i.e., where 1-month LIBOR will be one month from now, one year from now, two years from now, and at all points during the life of the Program). As actual rates in the future will vary from the projected rates provided by the forward curve, all illustrations and projections are estimates and no assurances can be given with respect to future rates or performance.

## Illustration 1




- Greatest up-front net death benefit
- Annual cash outlay of $385,000 from policy owner
- Age 90 summary: $3,465,000 cumulative payments yields <u>$6,535,000 net benefit at death</u> (Total death benefit less total premiums paid)
- This illustration does not reflect the opportunity cost of using personal assets to pay premiums

**Liberty**
Premium Finance Program

## Illustration 2




- Policy owner (borrower) will furnish as collateral the policy itself and collateral equal to the difference between policy cash surrender value and loan amount
- No "out-of-pocket" cash outlay for premiums
- Age 90 summary: $4,458,000 cumulative loan to be repaid yields $5,542,000 net benefit at death (Total death benefit less total premiums with interest paid)

## Illustration 3




- Policy owner furnishes *only* the policy as collateral
- No "out-of pocket" payment
- Current income each month during a specified period
- Age 90 summary: $1,120,000 cumulative benefits at death paid to policy owner (total periodic payments plus net death benefits)
- The amounts depicted are "pre-tax" amounts. The benefits available under the Program will be subject to taxation upon distribution from the LLC.

## Requirements for Participation

The Program is restricted to high net worth individuals who meet, among other things, the following criteria:

1. The Insured's personal net worth is at least $5 million
2. The Insured does not have a terminal or life threatening illness or condition
3. The Participant is not acquiring the policy for tax avoidance purposes
4. The Insured and participant will seek and rely independently upon the advice of their own legal counsel and financial advisor with respect to tax, legal and financial matters
5. The insured is seeking to acquire life insurance to facilitate their estate or charitable planning objectives.

## Requirements for Participation

Each Insured will create a Georgia trust which will, in turn, create a Georgia limited liability company (i.e., the Participant). The Participant will be treated as a corporation for tax purposes and will otherwise be suitable to own the policy or policies. The Participant will purchase the policy or policies and pledge the policy or policies to the Liberty One Funding Trust (the "Funding Trust"), the provider of the financing. The closing documents will include, in part:

1. An executed financing agreement (the "Financing Agreement")
2. A statement of the Insured's net worth signed by a qualified accountant or financial advisor
3. Signed opinions of counsel
4. Executed medical release forms
5. Executed SPIA consent forms
6. Executed assignment and consent and acknowledgement forms from the Insurance Carrier
7. An executed security agreement
8. A copy of the Participant's formation and governance documents
9. A copy of the policy
10. A signed confidentiality agreement

## Funds Flows under the Program

The Funding Trust will advance funds secured by the policy or policies and proceeds thereof. The Funding Trust, through an affiliate, will finance itself by issuing notes (the "Notes") to be initially purchased by the Financial Institution. The proceeds from the issuance of the Notes will be used to purchase single premium immediate annuities over the life of the Participant ("SPIAs") to be held by an affiliate of the Funding Trust. The cash flows generated from the SPIAs will fund the policy premiums and periodic payments to the Participant, if elected, under the Financing Agreement, the payments under the Notes, and the management fees payable to the Program manager. The Program manager will be an affiliate of the Funding Trust.

Upon payment of the Death Benefit under the policy at maturity, the policy proceeds will be used to repay the advances for policy premiums and any periodic payments made to the Participant under the Financing Agreement, together with interest thereon and an additional Maturity Date Payment, each to the Funding Trust, with any remaining proceeds of the policy being retained by the Participant.

## Risks to Participants

### Insolvency risk

The insolvency of a life insurance carrier may impair and/or delay the payment of the Projected Benefits to a policy owner electing either conventional recourse premium financing or Liberty Financing. The insolvency of a SPIA provider may impair and/or delay the payment of Projected Benefits to a Participant and cause adverse tax consequences to the Participant (i.e., the LLC). In each case, such insolvency could cause the life insurance carrier or SPIA provider to fail to pay or delay payment of scheduled benefits under the policies or SPIAs.

## Interest Rate Stress Analysis

Using the example presented earlier in this document of an 82-year old female Insured, illustration 4 depicts the effects of sustained higher interest rate costs on the projected Liberty Financing™ Total Participant Benefit. (Note: In the example shown current interest rates are used as a proxy for the underlying insurance policy interest-crediting rate. Historically, policy crediting rates have shown a high correlation with changes in general U.S. market interest rates, although historical trends provide no assurance of future results. If policy crediting rates increase as market rates increase, the resultant decline in premiums due under the policy may offset some of the increased financing costs.)



## The Next Step

If you are interested in obtaining financing pursuant to the Program, please sign below to request a copy of the Program materials. By signing below, you acknowledge and agree to the following:

You have read the attached materials and executed the attached confidentiality agreement. You agree to comply with all aspects of the Program prior to any participation in it. The Funding Trust is acting solely as an arm's length contractual counterparty and is not acting as your financial or other advisor. Before entering into any transaction you should ensure that you fully understand its potential risks and rewards and independently determine that it is appropriate for you given your objectives, experience, financial and operational resources, personal tax situation and other relevant circumstances. You should consult with such advisors as you deem necessary to assist you in making these determinations. Any indicative terms provided to you are provided for your information and do not constitute an offer, a solicitation of an offer, or any advice or recommendations to conclude any transaction (whether on the indicative terms or otherwise). The insurance broker or insurance agent presenting the Program to you is not an agent, representative or employee of the Funding Trust, but is acting as your financial advisor or fiduciary. Such insurance broker or insurance agent is not authorized to make any solicitations or representations concerning the Program or to amend or supplement the terms of this document. Any agreements concerning participation in the Program will become effective only if and when accepted by the Funding Trust.

(X) Helen Wilkenfeld — 10/25/04

Insured — Date

Liberty
Premium Finance Program

## Sample Illustration of Projected Benefits

| End of Year | Assumed End Of Year Rate[1] | Projected Financing Balance[2] | Projected Maturity Date Payment[3] | Projected Total Due[4] | Projected Net Death Benefit[5] | Projected Periodic Payments[6] | Projected Sum of Net Death Benefit and Periodic Payments[7] |
|---|---|---|---|---|---|---|---|
| 1 | 3.34% | 383,019 | 9,043,938 | 9,426,957 | 573,043 | - | 573,043 |
| 2 | 4.58% | 850,181 | 8,448,150 | 9,299,013 | 700,987 | 49,488 | 750,475 |
| 3 | 5.20% | 1,354,372 | 7,890,498 | 9,245,614 | 754,386 | 49,488 | 853,362 |
| 4 | 5.71% | 1,902,502 | 7,335,997 | 9,238,499 | 761,501 | 49,488 | 909,964 |
| 5 | 4.65% | 2,492,649 | 6,725,115 | 9,218,447 | 781,553 | 49,488 | 979,504 |
| 6 | 6.23% | 3,140,147 | 6,078,300 | 9,218,447 | 781,553 | 49,488 | 1,028,992 |
| 7 | 6.45% | 3,848,517 | 5,369,930 | 9,218,447 | 781,553 | 49,488 | 1,078,480 |
| 8 | 6.52% | 4,609,166 | 4,609,281 | 9,218,447 | 781,553 | 38,025 | 1,116,505 |
| 9 | 6.64% | 5,400,554 | 3,817,893 | 9,218,447 | 781,553 | - | 1,116,505 |
| 10 | 6.78% | 6,268,337 | 2,950,110 | 9,218,447 | 781,553 | - | 1,116,505 |
| 11 | 6.74% | 7,211,073 | 2,007,374 | 9,218,447 | 781,553 | - | 1,116,505 |
| 12 | 6.89% | 8,248,847 | 969,599 | 9,218,447 | 781,553 | - | 1,116,505 |

Footnotes are explained on the next page.

1. 1-month LIBOR based on the forward curve. The forward curve approximates the expectations of financial institutions as to interest rates at various points in the future (i.e., where 1-month LIBOR will be in one month, one year from now, two years from now, and at all points during the life of the Program. Actual rates will vary from the forward curve.
2. The Projected Financing Balance is the sum of all funds loaned to the borrower during the term of the financing, including interest accrued at 1-month LIBOR plus a funding spread over LIBOR. These funds are applied toward premiums due on the policy and periodic advances on the death benefit.
3. The Projected Maturity Date Payments are funds due to the Lender to recover costs of the Program, such as the purchase of SPIAs. This amount is expected to decline over time as those costs are amortized over the term of the financing.
4. The Projected Total Due is the total amount to be paid to the lender from the policy death benefit at Maturity
5. Projected Net Death Benefit is the portion of the policy death benefit that the borrower will receive at Maturity
6. Projected Periodic Payments are periodic advances payable for a specified period prior to the Maturity Date.
7. Projected Sum of Net Death Benefit and Monthly Payments is the cumulative amount of total proceeds that the borrower will receive through Maturity. This amount consists of Net Death Benefit and all periodic advances on death benefit.

The benefits depicted are "pre-tax" amounts. The benefits available under the Program will be subject to taxation upon distribution from the LLC. To the extent that the amount of the Financing Balance exceeds the amount that the LLC is required to repay to the Funding Trust, the LLC will be required to recognize income for U.S. federal, and state and local income tax purposes in an amount equal to such excess. In certain circumstances, an LLC may also be required to recognize income upon receipt of advances from the Funding Trust. The insolvency of a SPIA provider may cause adverse tax consequences to the LLC. (Participants should consult their tax advisors to discuss alternatives to minimize these potential tax consequences.)

# ILLUSTRATION OF LIBERTY PREMIUM FINANCING PLAN

