**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Liberty One Funding Trust and Liberty Two Funding Trust,<br><br>Plaintiffs,<br><br>v.<br><br>Brian Achenbach, Nancy Belser, Andrew Costanza, Andrew Darrow, David Darrow, Jonathan Darrow, Jay Grimm, Jr., Robert Krakovitz, Moshe Malka, Leon Malnik, Barry Septimus, and Phyllis Sifen<br><br>Defendants. | ) | Civil Action No.: 1:23-cv-05483-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record, as follows:

Catherine Grumbles Lucas
Terry Robert Weiss
Duane Morris LLP
1075 Peachtree St
Suite 1700
Atlanta, GA 30309
404-253-6912
Email: klucas@duanemorris.com
Email: trweiss@duanemorris.com

Thorn Rosenthal
Joel Kurtzberg
Lauren Perlgut
Margaret Barone
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
212-701-3823
Email: trosenthal@cahill.com
Email: jkurtzberg@cahill.com
Email: lperlgut@cahill.com
Email: mbarone@cahill.com

This 2nd day of February, 2024.

COZEN O'CONNOR

*/s/ Chase A. Howard*
Chase A. Howard, Esq. (*pro hac vice*)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel. 215-665-2147
E-mail: ChaseHoward@cozen.com