**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

Liberty One Funding Trust and Liberty Two Funding Trust,

Plaintiffs,

v.

Brian Achenbach, et al.,

Defendants.

______________________________ **Case No. 1:23-cv-5483-MLB**

Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A.,

Plaintiffs,

v.

Bruce Achenbach, et al.,

Defendants.

______________________________/

**WELLS FARGO'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Plaintiffs and Counterclaim-Defendants Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A. (collectively, "Wells Fargo") file this Motion to Dismiss the Counterclaims filed by Defendants and Counterclaimants Bruce Achenbach, Nancy Belser, Andrew Costanza, Andrew Darrow, David Darrow, Jonathan Darrow, Dean Flock, Jay Grimm, Jr., Robert Krakovitz, Moshe Malka, Leon Malnik, Barry Septimus, and Phyllis Sifen (collectively "Defendants")

pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Wells Fargo adopts and relies on its contemporaneously filed Memorandum of Law in Support of this Motion, and also joins and incorporates the arguments and authorities submitted by Plaintiffs and Counterclaim-Defendants Liberty One Funding Trust and Liberty Two Funding Trust in support of their Motion to Dismiss Defendants' Counterclaims.

WHEREFORE, Wells Fargo respectfully requests that the Court grant its Motion to Dismiss and prays for such other relief as may be appropriate.

Respectfully submitted this 8th day of March, 2024.

*Attorneys for Plaintiffs*
Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A.

/s/*Terry R. Weiss*

Terry R. Weiss, Esq.
Ga. Bar No. 746495
trweiss@duanemorris.com
Catherine G. Lucas, Esq.
Ga. Bar No. 567369
klucas@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309-3929
(404) 253-6912 (telephone)
(404) 759-2158 (fax)

-and-

Jonathan P. Hersey, Esq.
Admitted *Pro Hac Vice*
jonathan.hersey@klgates.com

**K&L GATES LLP**
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
(949) 253-0900 (telephone)
(949) 253-0902 (fax)

## CERTIFICATION

The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font with a 1 inch top margin in accordance with L.R. 5.1B, N.D. Ga.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **WELLS FARGO'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS** upon all parties to this matter by electronically filing a copy of same with the Court's electronic filing system, which will automatically send an electronic copy to all counsel of record.

This 8th day of March, 2024.

*/s/Catherine G. Lucas*
Catherine G. Lucas
Ga Bar. No. 567369