**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

Brian Achenbach, et al.,

Plaintiffs,

v.

Liberty One Funding Trust, Liberty Two Funding Trust, Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A.,

Defendants.

________________________________ **Case No. 1:23-cv-5483-MLB**

Liberty One Funding Trust, Liberty Two Funding Trust, Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A.,

Counterclaimants,

v.

Brian Achenbach, et al.,

Counterclaim-Defendants.

________________________________/

**DEFENDANTS' PARTIAL MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendants Liberty One Funding Trust and Liberty Two Funding Trust and Defendants Wells Fargo Bank, N.A. and Wells Fargo Delaware Trust Company, N.A. (collectively, "Defendants") file this consolidated Partial Motion to Dismiss

the Second Amended Complaint (the "Motion"). Defendants adopt and rely on their contemporaneously filed Memorandum of Law in Support of this Motion.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to Dismiss the first and third counts in the Second Amended Complaint and for such other relief as may be appropriate.

Respectfully submitted, this 15th day of December 2025, by:

*Attorneys for Plaintiffs*

/s/ *Terry R. Weiss*
Terry R. Weiss, Esq.
Ga. Bar No. 746495
trweiss@duanemorris.com

**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, Georgia 30309-3929
(404) 253-6912 (telephone)
(404) 759-2158 (fax)

*Thorn Rosenthal, Esq.
trosenthal@cahill.com
*Joel Kurtzberg, Esq.
jkurtzberg@cahill.com
*Lauren Perlgut, Esq.
LPerlgut@cahill.com

**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
(212) 701-3000 (telephone)
(212) 267-5420 (fax)

*Attorneys for Liberty*

*Jonathan P. Hersey, Esq.
jonathan.hersey@klgates.com

**K&L GATES LLP**
1 Park Plaza
12th Floor
Irvine, CA 92614
(949) 253-0900 (telephone)
(949) 253-0902 (fax)

*Attorneys for Wells Fargo*

**Admitted pro hac vice*

## CERTIFICATION

The above-signed counsel hereby certifies that this document was prepared in Times New Roman 14-point font with margins in accordance with L.R. 5.1, NDGa.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Partial Motion to Dismiss the Second Amended Complaint** upon all parties to this matter by electronically filing a copy of same with the Court's electronic filing system, which will automatically send an electronic copy to all counsel of record.

This 15th day of December, 2025.

*/s/ Terry R. Weiss*
Ga Bar No. 746495
tweiss@duanemorris.com